IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>ROBERT LYNN, JR. (1) )<br>)<br>) | CRIM   04-11   ERIE |

## NOTICE

The above entitled case is set for ____SENTENCE____

on ____November 28, 2005____ at __11:00 a.m.__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   Sept. 12, 2005

Copies to:
    Christian Trabold, AUSA
    Thomas Patton, AFPD

    Pretrial Services
    Probation Office - ERIE-Pgh
    U.S. Marshal - ERIE - Pgh