IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                       ) | CRIM  04-11 ERIE |
| ) | |
| ROBERT LYNN, JR., (1)     ) | |

## NOTICE

Please be advised that the Sentencing scheduled in the above entitled case for

_____Sentencing Nov. 28, 2005___ at __11:00 a.m.___ has been rescheduled on

_____November 30, 2005_____ at __1:30 PM_____ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   Oct. 7, 2005

Copies to:   Christian Trabold, AUSA
             Thomas W. Patton, AFPD

      Pretrial Services
      Probation Office - ERIE-Pgh
      U.S. Marshal - ERIE - Pgh