# SIMON KRAMER INSTITUTE OF THERAPEUTIC ONCOLOGY

15 Alliance Street
New Philadelphia, PA 17959
(570) 277-6218
Fax (570) 277-6398

**IMAGINE**

RADIATION ONCOLOGY
David J. Moylan, III, M.D.
Medical Director

The Honorable Judge Cohill Junior
Senior Judge for the Federal Court
Erie Pa

Dear Judge Cohill;

Mr. Robert Lynn is the husband of our patient Mrs. Lori Lynn a 31year woman with recurrent cervical carcinoma .She is presently being treated with concurrent chemotherapy by Dr. Satish Singla  and radiation therapy by Dr. David Moylan at the Simon Kramer Institute of Radiation Oncology for advanced Stage IV cervical carcinoma.

She was admitted to the Good Samaritan hospital September 22nd 2005 with rectal bleeding. Assessment by Dr. Charles Green revealed recurrence of carcinoma to the rectal wall with ulceration that caused the bleeding. Dr. David Moylan radiation oncologist was consulted. Besides the involvement of the rectum the studies done in hospital showed metastatic lesions in Mrs. Lynn's liver.

Her prior treatment in 2004 at Reading Hospital was total abdominal hysterectomy and bilateral salpingo-oopherectomy .Post operatively she did not receive chemotherapy or radiation.  Her stage was II.

Planning for her treatment due to the gravity of the situation and the young age of the patient, consultation was obtained with Dr. Mohammed Mohiuddin of the Geisinger Cancer Center at Wilkes Barre Hospital, and Dr. Schilder of the Fox Chase Cancer Center Philadelphia. Along with Dr. Moylan ,Dr. Singla, and  Dr. Green  the best management presently involved the concurrent use of chemotherapy,  radiation, nutritional support, transfusions and pain management. Surgery will be required at some point.

It cannot be over emphasized that at the present time her husband is now playing a critical role in her care. She is relying as we are for his support in bringing her to the different places for treatment. He as well is able to assess her needs when she requires hospitalization. She as we do find that he is playing a vital role in her care.

Please allow Mr. Lynn the opportunity to continue to care for his loving but gravely ill wife.

*J Denise Moylan, M.D. FCCP.*

Sincerely
J Denise Moylan MD FCCP
Staff Physician
Simon Kramer Institute