...about 7 Saturday night at the former Mary MacIntosh building at 1320 Moss St. Dozens of firefighters battled into the night to get the blaze under control.

Firefighters have said they believe it was arson.

Police on Saturday took four children into custody in connection with the fire. They were interviewed at police headquarters Saturday night and later released, officials said.

No charges were filed. No injuries were reported.

Investigators were at the scene Sunday combing through the charred wood and twisted metal. Blackened debris littered the block and a heavy smell of smoke hung in the area.

have a damage estimate.

Michael Pullano, owner of the Pike Cafe, 930 Pike St., recently purchased the vacant building and planned to demolish it and use the site for parking, officials said.

Pullano could not be reached for comment Sunday night.

The building had been closed for five years. Neighbors said children frequently played inside it.

The vacant structure takes up almost an entire block between Pike and Perry streets.

The blaze closed a portion of Moss Street and resulted in power being cut to about 1,000 customers.

Power was restored to all customers by 1 p.m. Sunday, officials said.

are going to last forever."

Cromer, a 17-year-old Boyertown High School senior, won the scholarship competition at Kutztown High School after performing a jazz dance routine to Christina Aguilera's "Fighter."

She won a $7,000 scholarship for the overall competition and a $300 aerobics and fitness award.

The contest judges high school senior girls on their skills in aerobics and fitness,

## Panel asked

**Action:** The Berks County Conservation District board has been invited by Craig D. Hafer, chairman of the county's Environmental Advisory Council, to help determine how Berks can best ensure that biosolids, or processed sewage sludge, are safely applied on farms as free fertilizer.

**Community log**

"The farming community expects the county to be involved," said County commissioner Judith L. Schwank, who also serves on the district board.

Hafer last week asked that several board members join an environmental council committee on the subject.

**Background:** State funding to conservation districts for sludge-monitoring ended Jan. 1 so county monitoring would cost money, officials said.

Biosolids can improve crop growth and the soil, but farm neighbors and others worry about odors, long-term poisoning of land and groundwater,

OCT. 02, 2005
We LOST EVERYThing!!

## Four residents displaced by blaze in Port Clinton apartment building

From our news staff

Four people were temporarily displaced after a two-alarm fire Sunday morning damaged a four-unit apartment building in Port Clinton, Schuylkill County, officials said.

The fire at the 2½-story building at 22 Penn St. was reported by a neighbor shortly after 11, according to Chief Troy R. Hatt of the Hamburg Fire Company.

Hatt said there was heavy smoke and fire coming from the building when firefighters arrived.

About 100 firefighters from Berks and Schuylkill counties responded, along with a number of tanker trucks. They had the blaze under control in about 35 minutes, Hatt said.

All of the residents got out on their own before firefighters arrived. No one was injured.

Hatt said the fire started accidentally while someone was cooking.

Fire destroyed an apartment on the second floor of the building. There was moderate damage to the other three apartments, one of which was unoccupied.

The American Red Cross and the Salvation Army assisted the residents, Hatt said.

Hatt did not have a damage estimate or the names of the tenants.

The building is owned by Scott Mayberry of Port Clinton.

## Man still 'critical' after fire in car

From our news staff

A Lehigh County man remained in critical condition Sunday at Lehigh Valley Hospital near Allentown after he accidentally set himself on fire while driving in Longswamp Township last week.

Michael J. Kaska, 41, Emmaus, was eastbound on Magnolia Drive about 4 p.m. Thursday when he lit a cigarette and ignited an unidentified flammable liquid on his clothing.

The vehicle also caught on fire before it stopped in a cornfield.

Kaska got out and ran for more than 400 feet before collapsing, police said.

### Berks Classical Chil[d]
### Public Notice of O[f]
### of Policy of Non[

The Board of Directors of the Chorus, Inc., hereby affirms adopted an official policy of any student, prospective stu[dent], cant, or staff member, wheth[er] basis of race, color, nationa[l] religious belief.

Further, that all students, national or ethnic origin have all the rights & privileges a[t] Berks Classical Children's opportunity to participate ful[ly] ium offered by the Chorus.



Adopt a new best friend!
READING EAGLE