MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

No. CRIM 04-11ERIE

ROBERT LYNN JR., (1)

*Defendant*

**HEARING ON** SENTENCE

Before Judge MAURICE B. COHILL, JR.

CHRISTIAN TRABOLD, AUSA          THOMAS PATTON, AFPD

*Appear for Plaintiff*          *Appear for Defendant*

Hearing begun 1:45  11-30-05          Hearing adjourned to —

Hearing concluded C. A. V. 2:15  11-30-05          Stenographer Mickey Powers

**WITNESSES:**

*For Plaintiff*          *For Defendant*

Advisory USSG: O.L. 6, Cat. VI; 12-18 mo. imprisonment; S.R. 2-3; fine $500 - $5,000; S.A. $100.

Judgment Imposed: 3 yrs probation; $8,440 restitution; interest waived; 6 mo. home confinement; special conditions. Fine waived.

Cts. 2, 3 + 4 dismissed on gov't. motion