Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
'06 MAR -3 P 3:07
CLERK
U.S. DISTRICT COURT

U.S.A. vs. Robert Lynn                                    Docket No. 04-00011-001 Erie

### Petition on Probation

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert Lynn, Jr., who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 30th day of November 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall not illegally possess controlled substances.
- The defendant shall pay the remaining balance of restitution at a rate of at least 10 percent of his gross monthly income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the restitution payment schedule.
- The defendant shall pay a special assessment of $100.
- The defendant shall pay restitution of $8,440.

11-30-05:    False, Fictitious, and Fraudulent Claims to the Government; 3 years' probation.
12-19-05:    Supervision transferred from the Western District of Pennsylvania to the Eastern District of Pennsylvania at Reading, Pennsylvania. Currently supervised by U.S. Probation Officer James E. Dirzulaitus.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

      Your Petitioner reports that the defendant is on supervision in the Eastern District of Pennsylvania at Reading, Pennsylvania. They have requested that the defendant be placed in a Community Corrections Confinement (CCC) center for up to six months and that he have mental health counseling to assist in his rehabilitative needs. Mr. Lynn has agreed to the additional conditions by signing two Probation Forms 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release.

U.S.A. vs. Robert Lynn, Jr.
Docket No. 04-00011-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervision be modified to include a special condition requiring residence at the Community Corrections Confinement (CCC) center until released by the program director, for a period not to exceed 180 days, and participation in mental health treatment which may include urine testing at the discretion of the probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

### ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

Executed on          March 3, 2006

_____
Matthew L. Rea
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:    Erie, PA