| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0315 1:04CR00011-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:06-CR-265-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Robert Lynn, Jr 5634 Main Street Shartlesville, PA  19554 | DISTRICT Western District Of Pennsylvania | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Maurice B. Cohill Jr. Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11-30-05 | TO 11-29-08 |

| OFFENSE |
|---|
| False, Fictitious, and Fraudulent Claims to the Government |

| **PART 1 - ORDER TRANSFERRING JURISDICTION** |
|---|
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA |
|     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District Of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* |
|     _1/25/06_                _Maurice B. Cohill, Jr._ Date                                *Maurice B. Cohill, Jr.* *Senior United States District Judge* |
| *This sentence may be deleted in the discretion of the transferring Court. |

| **PART 2 - ORDER ACCEPTING JURISDICTION** |
|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
|     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order. |
| _6-2-06_                                   [signature] *Effective Date*                              *United States District Judge* |

**UNITED STATES DISTRICT COURT**
**FEDERAL PROBATION SYSTEM**
**RECORD OF PAYMENTS - PF38**

Person Being Supervised (Court Name)
**LYNN,ROBERT,JR.**

Criminal #   03151:04CR00011001   Judge:   COHILL, M.
District        WD/PA        CT        USPO:   REA, M.

INTEREST WAIVED
Restitution amount to be determined but not to exceed $8,440
Case sent to PA/E, Reading, for opening

| TOTAL $ DUE: $8,440.00 DUE DATE: 11/29/2008 | | PAYMENT TYPE R | |
|---|---|---|---|
| # | DATE | PAID | BALANCE |
| 1 | / / | $0.00 | $8,440.00 |
| TOTALS: | | $0.00 | $8,440.00 |

| TOTAL $ DUE: $100.00 DUE DATE: 12/10/2005 | | PAYMENT TYPE SA | |
|---|---|---|---|
| # | DATE | PAID | BALANCE |
| 1 | / / | $0.00 | $100.00 |
| TOTALS: | | $0.00 | $100.00 |

Date 06/20/2006        Page 1